EXHIBIT "A"

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:** DOLLAR TREE STORES, INC., a Virginia
*(AVISO AL DEMANDADO):* corporation; JUSTINE, an individual; and DOES 1-
25, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:** VICTORIA FRIESON, an individual;
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* TINA COMBS successor in
interest of Decedent INELL JENKINS

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California
County of Alameda
**10/13/2021**
Chad Finke, Executive Officer / Clerk of the Court
By: _____ Cheryl Clark _____ Deputy

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* Superior Court of California, County of Alameda 1225 Fallon St. Oakland, California 94612 | CASE NUMBER: *(Número del Caso):* **21CV000537** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Zavosh Rashidi, Esq.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DOWNTOWN LA LAW GROUP

601 N. Vermont Ave., Los Angeles, CA 90004          (213) 389-3765

DATE:
*(Fecha)* 10/13/2021 Chad Finke, Executive Officer / Clerk of the Court   Clerk, by *(Secretaria)* Cheryl Clark , Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Dollar Tree Stores, Inc., a Virginia Corporation

under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder®

**Zavosh Rashidi, Esq. - State Bar No. 328399**
**DOWNTOWN L.A. LAW GROUP**
601 N. Vermont Ave.
Los Angeles, CA  90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email:  Zavosh@downtownlalaw.com

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
10/13/2021 at 10:54:23 AM
By: Cheryl Clark, Deputy Clerk

Attorneys for Plaintiffs
VICTORIA FRIESON, et. al.

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| VICTORIA FRIESON, an individual; TINA COMBS successor in interest of Decedent INELL JENKINS<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC., a Virginia corporation; JUSTINE, an individual; and DOES 1-25, inclusive.<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>1. NEGLIGENCE<br>2. PREMISES LIABILITY<br><br>[JURY DEMANDED] |

COME NOW, Plaintiffs, VICTORIA FRIESON and TINA COMBS successor in interest of Decedent INELL JENKINS, and allege against Defendants, and each of them, as follows:

1.      Plaintiffs VICTORIA FRIESON and TINA COMBS successor in interest of Decedent INELL JENKINS are individuals and are now, and at all times mentioned in this complaint were, adult residents of Alameda County, California.

*Downtown L.A. Law Group*
*601 N.Vermont Ave.*
*Los Angeles, CA  90004*

1

**COMPLAINT FOR DAMAGES**

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

2.      Plaintiffs are informed and believe, and based upon such information and belief allege that at all times relevant hereto Defendants DOLLAR TREE STORES, INC., a Virginia corporation; JUSTINE, an individual; and DOES 1-25, inclusive, are, and at all times herein mentioned were individuals, corporations, sole proprietors, shareholders, associations, partners and partnerships, joint venturers, and/or business entities unknown, primarily residing and doing business in the county of Alameda, State of California.

3.      Plaintiffs are informed and believe, and based upon such information allege that Defendant JUSTINE was a supervisor and/or manager of the store at the time of Plaintiff's incident.  Based on information and belief, JUSTINE is now, and at all times mentioned in this complaint was, an adult resident of Alameda County, California. It is believed that JUSTINE was responsible for the maintenance of the premises at the time of Plaintiffs' incident, was responsible to verify that there was in place a policy which provided for the maintenance of the premises according to industry standards, was responsible for the training and education of the store employees who were tasked with conducting the maintenance of the premises, and was responsible for verifying that the premises be maintained according to industry standards and sufficient policies and procedures.

4.      Defendants DOES 1-25, inclusive, are sued herein under fictitious names, their true names and capacities being unknown to Plaintiffs.  Plaintiffs will amend this complaint to allege their true names and capacities when ascertained.  Plaintiffs are informed and believe and thereon allege that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiffs' damages as herein alleged were proximately caused by those Defendants.

5.      Plaintiffs are informed and believe, and based upon such information and belief allege that at all times relevant hereto Defendants DOLLAR TREE STORES, INC., a Virginia corporation; JUSTINE, an individual; and DOES 1-25, inclusive, are, and at all times herein mentioned where individuals, corporations, sole proprietors, shareholders, associations, partners and partnerships, joint venturers, and/or business entities unknown,

**COMPLAINT FOR DAMAGES**

1  primarily residing and doing business in the County of Alameda, State of California. At all

2  times herein mentioned, said Defendants were the owners, lessors, sub-lessors, managing

3  agents, landlords, renters, managers, operators, marketers, inspectors, maintainers and

4  controllers, of a commercial property located at 1933 Davis St #145 San Leandro, CA 94577,

5  (hereinafter referred to as "THE SUBJECT PREMISES"), to which building the general

6  public is invited to come.

7  6.    At all times herein mentioned, each of the Defendants were the agents, servants, and

8  employees of their co-defendants, and in doing the things hereinafter alleged were acting in

9  the scope of their authority as agents, servants, and employees, and with permission and

10  consent of their co-defendants. Plaintiffs is further informed and believes, and thereon

11  alleges, that each of the Defendants herein gave consent to, ratified, and authorized the acts

12  alleged herein to each of the remaining Defendants.

### FIRST CAUSE OF ACTION

### NEGLIGENCE

#### (Against All Defendants)

7.    Plaintiffs re-allege each and every allegation contained in the above Paragraphs 1

through 6, and by this reference incorporates said paragraphs as though fully set forth herein.

8.    On October 17, 2019 Plaintiff VICTORIA FRIESON and Decedent INELL

JENKINS were lawfully on the premises of Defendants' store for the purpose of purchasing

miscellaneous items. As Plaintiff VICTORIA FRIESON and Decedent INELL JENKINS

walked into the premises, an automatic door malfunctioned and struck them, causing Plaintiff

VICTORIA FRIESON and Decedent INELL JENKINS to sustain the serious injuries and

damages described below.

9.    Said Defendants, and each of them, fully and well knew, or should have known in the

exercise of reasonable care, that the structures and/or components and/or other parts of said

building were in a dangerous and defective and unsafe condition, and a menace to Plaintiffs

and others lawfully on said premises.

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA  90004

**3**

**COMPLAINT FOR DAMAGES**

10.     By reason of the aforesaid negligence, carelessness and recklessness of Defendants, and each of them, as aforesaid, and as a direct and proximate result thereof, dangerous automatic doors  that were not properly used, installed, maintained, cleaned and/or protected at said property causing Plaintiff VICTORIA FRIESON and Decedent INELL JENKINS to sustain the injuries and damages as hereinafter alleged.

11.     As a direct and proximate result of the negligence, carelessness and recklessness of Defendants, and each of them, as aforesaid, Plaintiff VICTORIA FRIESON and Decedent INELL JENKINS were hurt in their health, strength and activity, sustaining severe shock and injuries to their persons, all of which said injuries have caused, continue to cause, and will in the future cause great physical and emotional pain and suffering; Plaintiffs are informed and believes, and therefore alleges, that said injuries are permanent in nature, all to their damages in a sum according to proof.

12.     As a direct and proximate result of the negligence, carelessness and recklessness of Defendants and each of them, as aforesaid, Plaintiff VICTORIA FRIESON and Decedent INELL JENKINS have been required to obtain medical services, and Plaintiff VICTORIA FRIESON and Decedent INELL JENKINS have suffered severe emotional distress.

## SECOND CAUSE OF ACTION

### PREMISES LIABILITY

### (Against All Defendants)

13.     Plaintiffs re-allege each and every allegation contained in the above Paragraphs 1 through 12, and by this reference incorporates said paragraphs as though fully set forth herein.

14.     On October 17, 2019 Plaintiff VICTORIA FRIESON and Decedent INELL JENKINS were lawfully on the premises of Defendants' store for the purpose of purchasing miscellaneous items. As Plaintiff VICTORIA FRIESON and Decedent INELL JENKINS walked into the premises, an automatic door malfunctioned and struck them, causing Plaintiff

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

**4**

1   VICTORIA FRIESON and Decedent INELL JENKINS to sustain the serious injuries and

2   damages described below.

3   15.     On or about October 17, 2019, Defendants DOLLAR TREE STORES, INC., a

4   Virginia corporation; JUSTINE, an individual; and DOES 1-25, inclusive, carelessly and

5   negligently owned, rented, managed, leased, supervised, inspected, operated, maintained

6   and/or controlled the premises located at or near 1933 Davis St #145 San Leandro, CA

7   94577, such that it was in a dangerous, defective and unsafe condition in conscious disregard

8   for the risk of harm to invitees thereon. By reason of said carelessness, negligence and

9   conscious disregard of the Defendants, and each of them, said premises were unsafe and

10  dangerous to the general public and specifically Plaintiff VICTORIA FRIESON and

11  Decedent INELL JENKINS.

12  16.     Defendants DOLLAR TREE STORES, INC., a Virginia corporation; JUSTINE, an

13  individual; and DOES 1-25, inclusive, and each of them, failed to warn Plaintiff VICTORIA

14  FRIESON and Decedent INELL JENKINS of said dangerous, defective and unsafe

15  condition, although said Defendants, and each of them, knew of said condition.

16  17.     As a direct and legal result of said carelessness, negligence and conscious disregard

17  of Defendants DOLLAR TREE STORES, INC., a Virginia corporation; JUSTINE, an

18  individual; and DOES 1-25, inclusive, and each of them, Plaintiff VICTORIA FRIESON and

19  Decedent INELL JENKINS were seriously injured when they were struck by an automatic

20  door that was not properly used, installed, maintained, cleaned and/or protected at said

21  property caused Plaintiff VICTORIA FRIESON and Decedent INELL JENKINS to sustain

22  the injuries and damages as hereinafter alleged.

23

24                              **PRAYER FOR RELIEF**

25          WHEREFORE, Plaintiffs demand judgment against Defendants as follows:

26  1.      For general damages in a sum according to proof;

27  2.      For medical, hospital, and related expenses according to proof;

28  3.      For loss of earnings according to proof;

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

4.    For loss of future earning capacity according to proof;

5.    For costs of suit herein incurred;

6.    For such other and further relief as this Court may deem proper.

DATED:  October 13, 2021                    **DOWNTOWN L.A. LAW GROUP**

                                            By: Zavosh Rashidi, Esq.
                                            Attorney for Plaintiffs,
                                            VICTORIA FRIESON, et. al.


                    **DEMAND FOR JURY TRIAL**

        Plaintiff demands trial by jury of all issues so triable.


DATED:  October 13, 2021                    **DOWNTOWN L.A. LAW GROUP**

                                            By: Zavosh Rashidi, Esq.
                                            Attorney for Plaintiffs,
                                            VICTORIA FRIESON, et. al.

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA  90004

**6**

**COMPLAINT FOR DAMAGES**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Zavosh Rashidi, Esq.     SBN: 328399
DOWNTOWN LA LAW GROUP
601 N. Vermont Ave., Los Angeles, CA 90004
TELEPHONE NO.:(213) 389-3765     FAX NO. *(Optional):* (877) 389-2775
E-MAIL ADDRESS: Zavosh@downtownlalaw.com
ATTORNEY FOR *(Name):* VICTORIA FRIESON

FOR COURT USE ONLY

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
10/13/2021 at 10:54:23 AM
By: Cheryl Clark, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon St.
MAILING ADDRESS: 1225 Fallon St.
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C. Davidson Alameda County Courthouse

CASE NAME: VICTORIA FRIESON vs. DOLLAR TREE STORES, INC., et. al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* Two
5. This case [ ] is [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 10/13/21

Zavosh Rashidi, Esq.
(TYPE OR PRINT NAME)                                   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration. std. 3.10

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

1  Zavosh Rashidi, Esq. - State Bar No. 328399
   **DOWNTOWN L.A. LAW GROUP**
2  601 N. Vermont Ave.
   Los Angeles, CA 90004
3  Tel: (213) 389-3765
   Fax: (877) 389-2775
4  Email: Zavosh@downtownlalaw.com
5
6  Attorneys for Plaintiffs
7  VICTORIA FRIESON

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
10/13/2021 at 10:54:23 AM
By: Cheryl Clark, Deputy Clerk

8              SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF ALAMEDA

10

11 VICTORIA FRIESON, an individual; TINA       Case No.:
   COMBS successor in interest of Decedent
12 INELL JENKINS                               **DECLARATION OF TINA COMBS**
                                               **PURSUANT TO SECTION 377.32 OF**
13                   Plaintiffs,               **THE CODE OF CIVIL PROCEDURE**
14
         v.
15
16 DOLLAR TREE STORES, INC., a Virginia
   corporation; JUSTINE, an individual; and
17 DOES 1-25, inclusive.
18                   Defendants.
19
20
21

22       I, TINA COMBS, declare as follows:

23       1. I am over the age of 18 years. I have personal knowledge of the facts contained in

24 this declaration, and if called as a witness I could and would testify competently to the truth

25 of the facts stated herein.

26       2. I am the biological daughter of INELL JENKINS who died on December 6, 2020,

27 in San Leandro, California.

28

                                               1

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

1    3. No proceeding is now pending in the State of California for administration of the

2  Estate of INELL JENKINS.

3    4. I am one of the successors-in-interest to the Estate of INELL JENKINS as defined

4  in Section 377.11 of the Code of Civil Procedure, and succeed to their interest in the above-

5  entitled proceeding.

6    5. I am authorized by the other successors in interest to the Estate of INELL

7  JENKINS to act on its behalf in the above-entitled proceeding.

8    6. No other person has a superior right to commence the above-entitled proceeding or

9  to be substituted for the Estate of INELL JENKINS in the above-entitled proceeding.

10    7. A copy of the death certificate for INELL JENKINS is attached hereto as Exhibit

11  "A" and incorporated herein by reference.

    I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct and that this declaration is executed on October 13,

2021.

_____
TINA COMBS

Downtown L.A. Law Group
601 N. Vermont Ave.
Los Angeles, CA 90004

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

# EXHIBIT "A"

3

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
### PUBLIC HEALTH DEPARTMENT

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052020281167  
LOCAL REGISTRATION NUMBER: 3202001009742

NAME OF DECEDENT—FIRST: INELL  
LAST: JENKINS

DATE OF BIRTH: 01/27/1927  
AGE: 93  
SEX: F

SOCIAL SECURITY NUMBER: 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  
EVER IN U.S. ARMED FORCES: NO  
MARITAL STATUS: WIDOWED  
DATE OF DEATH: 12/08/2020  
HOUR: 0450

EDUCATION: HS GRADUATE  
RACE: AFRICAN AMERICAN

USUAL OCCUPATION: COOK  
KIND OF BUSINESS: RESTAURANT  
YEARS IN OCCUPATION: 40

RESIDENCE: 1733 84TH AVENUE  
CITY: OAKLAND  
COUNTY: ALAMEDA  
ZIP: 94621  
YEARS IN COUNTY: 70  
STATE: CA

INFORMANT'S NAME: TINA COMBS, DAUGHTER  
MAILING ADDRESS: 1733 84TH AVENUE, OAKLAND, CA 94621

FATHER—FIRST: LUTHER  
LAST: PHIFER  
BIRTH STATE: AR

MOTHER—FIRST: VELMA  
LAST: GENTRY  
BIRTH STATE: AR

DISPOSITION DATE: 01/04/2021  
PLACE OF FINAL DISPOSITION: SAN JOAQUIN VALLEY NATIONAL CEMETERY 32053 W MCCABE ROAD, SANTA NELLA, CA 95322

TYPE OF DISPOSITION: BU  
EMBALMER: EVERETT BAINES  
LICENSE: EMB7933

FUNERAL ESTABLISHMENT: C.F. BANNON MORTUARY  
FD247  
LOCAL REGISTRAR: NICHOLAS J MOSS, MD, MPH  
12/11/2020

PLACE OF DEATH: KAISER FOUNDATION HOSPITAL - SAN LEANDRO  
ALAMEDA  
2600 MERCED STREET  
SAN LEANDRO

CAUSE OF DEATH:  
IMMEDIATE CAUSE: ACUTE HYPOXEMIC RESPIRATORY FAILURE — MINS  
PNEUMONIA — DAYS  
OTHER SIGNIFICANT CONDITIONS: CONGESTIVE HEART FAILURE

PHYSICIAN: DAVID TIEN-YU CHIU M.D.  
LICENSE: A88618  
DATE: 12/07/2020  
ATTENDED: 11/30/2020 - 12/08/2020  
JAMES CHANG M.D. 2500 MERCED STREET, SAN LEANDRO, CA 94577

STATE REGISTRAR

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF ALAMEDA
This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.
DATE ISSUED: DEC 15 2020
This copy not valid unless prepared on an engraved border displaying date and signature of Registrar.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

001338197




| **SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA** | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br><br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>**10/13/2021**<br>Chad Finke, Executive Officer /Clerk of the Court<br>By: *Cheryl Clark* Deputy<br>C. Clark |
| PLAINTIFF(S):<br>VICTORIA FRIESON, AN INDIVIDUAL  et al | |
| DEFENDANT(S):<br>DOLLAR TREE STORES, INC., A VIRGINIA CORPORATION et al | |
| **NOTICE OF CASE ASSIGNMENT** | CASE NUMBER:<br>21CV000537 |

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:

      ASSIGNED JUDGE:  James Reilly
      DEPARTMENT:  25
      LOCATION:  Rene C. Davidson Courthouse
                        Administration Building, 1221 Oak Street, Oakland, CA 94612
      PHONE NUMBER:  (510) 267-6941
      FAX NUMBER:
      EMAIL ADDRESS:  Dept25@alameda.courts.ca.gov

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedures section 170.6 must be exercised within the time period by law. (See Code of Civ. Proc. §§ 170.6, subd. (a.)(2) and 101.3)

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate).  Parties may arrange and pay for the attendance of a certified shorthand reporter.  In limited jurisdiction cases, parties may request electronic recording. Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available.  For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

GENERAL PROCEDURES

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the Rene C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544 and through Civil e-filing.  Information regarding Civil e-filing can be found on the courts website. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE James Reilly
DEPARTMENT 25

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processed (ADR) prior to the Initial Case Management Conference.  The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days."  The court's website contains this form and other ADR information.  If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

COURT RESERVATIONS

The use of the Court Reservation System (CRS) is now mandated in many civil courtrooms within the Alameda County Superior Court. Instead of calling or emailing the courtroom to make a reservation, parties with a case assigned to a courtroom using CRS are directed to utilize CRS to make and manage their own reservations, within parameters set by the courtrooms. CRS is available 24 hours a day, seven days a week and reservations can be made from a computer or smart phone. Please note, you are prohibited from reserving more than one hearing date for the same motion.

Prior to scheduling any motion on CRS, including any Applications for Orders for Appearance and Examination, or continuing any motion, please review the online information (if any) for the courtroom in which you are reserving. There may be specific and important conditions associated with certain motions and proceedings. Information is available on the court's eCourt Public Portal at www.eportal.alameda.courts.ca.gov.

Chad Finke, Executive Officer / Clerk of the Court

By

C. Clark, Deputy Clerk

**NOTICE OF CASE ASSIGNMENT**

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF ALAMEDA**<br><br>COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612<br>PLAINTIFF:<br>VICTORIA FRIESON, AN INDIVIDUAL  et al<br>DEFENDANT:<br>DOLLAR TREE STORES, INC., A VIRGINIA CORPORATION et a | Reserved for Clerk's File Stamp<br><br>**FILED**<br>Superior Court of California<br>County of Alameda<br><br>**10/13/2021**<br>Clad Fling, Executive Officer / Clerk of the Court<br>By: *Cheryl Clark* Deputy<br>C. Clark |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>21CV000537 |

TO THE PLAINTIFF(S)/ATTORNY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)).

Give notice of this conference to all other parties and file proof of service.

Your Case Management Conference has been scheduled on:

> Date: 02/10/2022    Time: 8:30 AM    Dept.: 25
>
> Location: Rene C. Davidson Courthouse
> Administration Building, 1221 Oak Street, Oakland, CA 94612

TO DEFENDANT(S)/ATTORNEY(S) FOR DEFENDANT(S) OF RECORD:

The setting of the Case Management Conference does not exempt the defendant from filing a responsive pleading as required by law, you must respond as stated on the summons.

TO ALL PARTIES who have appeared before the date of the conference must:

Pursuant to California Rules of Court, 3.725, a completed Case Management Statement (Judicial Council form CM-110) must be filed and served at least 15 calendar days before the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record.

**Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724.

**Post jury fees** as required by Code of Civil Procedure section 631.

If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

The judge may place a Tentative Case Management Order in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the court's eCourt Public Portal for each assigned department's procedures regarding tentative case management orders at https://eportal.alameda.courts.ca.gov.

**NOTICE OF**
**CASE MANAGEMENT CONFERENCE**

| | Reserved for Clerk's File Stamp |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA** | **FILED** Superior Court of California County of Alameda 10/13/2021 Chad Finke, Executive Officer/Clerk of the Court By: _Cheryl Clark_ Deputy C. Clark |
| COURTHOUSE ADDRESS: Rene C. Davidson Courthouse 1225 Fallon Street, Oakland, CA 94612 | |
| PLAINTIFF/PETITIONER: VICTORIA FRIESON, AN INDIVIDUAL  et al | |
| DEFENDANT/RESPONDENT: DOLLAR TREE STORES, INC., A VIRGINIA CORPORATION et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER: 21CV000537 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Chad Finke, Executive Officer / Clerk of the Court

Dated: 10/20/2021                    By:

Chad Finke, Executive Officer / Clerk of the Court

_Cheryl Clark_

C. Clark, Deputy Clerk

**CERTIFICATE OF MAILING**