1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 VICTORIA FRIESON, an individual; TINA COMBS successor in interest of 12 Decedent INELL JENKINS | Case No.: 3:22-cv-02212-MMC [*Alameda County Superior Court Case No.: 21CV000537*] |
| 13     Plaintiffs, | [Re-assigned to Hon. Maxine M. Chesney, District Judge] |
| 14 v. | **ORDER GRANTING THE PARTIES' STIPULATION TO REMAND CASE TO** |
| 15 DOLLAR TREE STORES, INC., a Virginia corporation; JUSTINE, an 16 individual; and DOES 1-25, inclusive, | **STATE COURT** |
| 17     Defendants. | |
| 18 | Complaint Filed:  October 13. 2021 |

19

20      The Court, having read and considered the parties' Stipulation to Remand,

21   hereby ORDERS as follows:

22                    **I.  BACKGROUND**

23      On October 13, 2021, Plaintiffs VICTORIA FRIESON, an individual; TINA

24   COMBS successor in interest of Decedent INELL JENKINS ("Plaintiffs")

25   commenced the above-entitled action in the Superior Court for the State of

26   California, County of Alameda by filing a Complaint therein entitled *VICTORIA*

27   *FRIESON; TINA COMBS successor in interest of Decedent INELL JENKINS v.*

28   *DOLLAR TREE STORES, INC.; JUSTINE; and DOES 1-25, inclusive,* Case No.

**ORDER GRANTING THE PARTIES' STIPULATION TO REMAND
CASE TO STATE COURT**

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

1  21CV000537.  Plaintiffs' Complaint for personal injury arises from an alleged

2  incident on October 17, 2019, at a Dollar Tree store located in the City of San

3  Leandro, County of Alameda, State of California. Dollar Tree removed the matter to

4  federal court pursuant to 28 U.S.C. §§1332, 1441, and 1367, on April 8, 2022.

5      Dollar Tree has identified its manager on duty at the time of this incident in its

6  Initial Disclosures as Soraida Miramontes.  Plaintiff has advised its intent to file a

7  motion for leave to amend to add the manager on duty as a defendant and to remand

8  to state court.  The parties have met and conferred on this issue.

9      The parties have now agreed and stipulated that with the addition of the Dollar

10  Tree manager on duty, complete diversity will no longer exist.  Accordingly, the

11  parties request an order from this Court remanding the case to the Alameda County

12  Superior Court, Case No. 21CV000537, and have agreed that with such remand,

13  Plaintiff will not add Dollar Tree employee Soraida Miramontes as a defendant.  The

14  parties have further agreed that so long as Soraida Miramontes remains an employee

15  of defendant, defendant will produce her for testimony.

## II. ANALYSIS

17      United States Code, Title 28, Section 1447(c), provides that "[i]f at any time

18  before final judgment it appears that the district court lacks subject matter

19  jurisdiction, the case *shall be remanded*."  (Emphasis added).  Because complete

20  diversity no longer exists, this Court lacks subject matter jurisdiction and must,

21  therefore, remand the case to state court pursuant to 28 U.S.C. § 1447(c).  *See Bruns

22  v. NCUA* 122 F.3d 1251, 1257 (9th Cir. 1997) ("Section 1447(c) is mandatory, not

23  discretionary.")

## III.  ORDER OF THE COURT

25      1.      Pursuant to the parties' Stipulation, because complete diversity will no

26  longer exist, this Court will no longer has subject matter jurisdiction and the matter is

27  hereby REMANDED to the Superior Court for the State of California, County of

28  Alameda, Case No.: 21CV000537.  This Order shall be accorded full force and effect

**ORDER GRANTING THE PARTIES' STIPULATION TO REMAND
CASE TO STATE COURT**

in the Superior Court of the State of California, County of Alameda, Case No.: 21CV000537.

2.      All pending dates in the Federal action are hereby vacated.

3.      Plaintiff will not name defendant's employee Soraida Miramontes as a defendant.  Defendant will make Soraida Miramontes available for testimony in the instant case so long as Soraida Miramontes remains an employee of Defendant.

**IT IS SO ORDERED.**

Dated:  _____July 25_____, 2022

_Maxine M. Chesney_
Hon. Maxine M. Chesney
United States District Court Judge

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 3 -

**ORDER GRANTING THE PARTIES' STIPULATION TO REMAND CASE TO STATE COURT**